UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
YEANETTE A. SMYTHE : CHAPTER 13

        Debtor : #21–12539(AMC)

ORDER

    AND NOW THIS     day of     2021, upon consideration of the Debtor's Application to extend time to file documents and no opposition thereto, it is hereby ORDERED:

DEBTOR'S APPLICATION IS GRANTED.

DEBTOR TO FILE ALL MISSING DOCUMENTS BY OCTOBER 8, 2021.

BY THE COURT:

**Date: September 30, 2021**

_____
CHAN, U.S.B.J.