UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

12-20-21

To: **Joseph A. Diorio, Esquire**

In re: **Yeanette A. Smythe**
Bankruptcy No. **21-12539amc**
Adversary No.
Chapter **13**

Re **Motion to Convert to Ch. 7**

The above pleading was filed in this office on **12-18-21.**  Please
be advised that the following document(s) has (have) not been
filed as required pursuant to the Federal Rules of Bankruptcy
Procedure and/or the Local Rules of this court:

```
() 	Affidavit
() 	Certificate of Service
() 	Certification of no response
() 	Notice pursuant to Rule 9019
() 	Notice pursuant to Rule 2002
() 	Notice pursuant to Rule 3007.1
() 	Proof of Claim number not noted on
            objection pursuant to Rule 3007.1(a)
() 	Proposed Order
() 	Stipulation
() 	Certification of Default
(X) 	Other   $25.00 FEE DUE
```

In order for this matter to proceed to disposition, please submit
the above noted item(s) to this office within fourteen (14) days
from the date of this notice.  Otherwise, the matter will be
referred to the Court.

Timothy B. McGrath
Clerk

By: _Stacey D. _____
      Deputy Clerk

status.frm
(rev. 11/26/2018)