Joseph A. Diorio, Esquire
755 Hidden Springs Lane
North Wales, PA 19454
(215) 317-8725
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

YEANETTE SMYTHE                                :           CHAPTER 7

                                               :

Debtor                                                     Bankruptcy No. 21-12539 (AMC)

### NOTICE OF APPLICATION, RESPONSE DEADLINE AND HEARING DATE

Debtor Yeanette Smythe has filed a Motion to Avoid judgment lien of Citibank:

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney you may wish to consult an attorney)

1. If you do not want the Court to grant the relief in the Motion or if you wish the Court to consider your views on the Motion then on or before April 1, 2022 you or your attorney must do all of the following:

    a. File an answer explaining your position with the Clerk:

    United States Bankruptcy Court for the Eastern District of Pennsylvania
    Eastern District of Pennsylvania
    900 Market Street., Suite 400
    Philadelphia, PA 19107

If you mail your answer to the Clerk you must mail it early enough so that it is received on or before the date referenced above.

   b. mail a copy to the movant's attorney:
   Joseph Diorio, Esquire
   755 Hidden Springs
   North Wales, PA 19454
   215-317-8725
   Attorney for Debtor

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Judge Ashely Chan, April 6, 2022 at 12:30 p.m. in Courtroom 4 , United States Bankruptcy Court, 900 Market Street, Philadelphia, PA. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

4. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:  March 17, 2022