Certificate Number: 12433-PAE-DE-036384357

Bankruptcy Case Number: 19-73159



12433-PAE-DE-036384357

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 8, 2022</u>, at <u>11:05</u> o'clock <u>PM EST</u>, <u>Yeanette A. Smythe</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>March 9, 2022</u>          By:    <u>/s/Lisa Susoev</u>

                                   Name:  <u>Lisa Susoev</u>

                                   Title: <u>Teacher</u>