United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-12539-amc

Yeanette A. Smythe  Chapter 7

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2　　　　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　　　　Page 1 of 3
Date Rcvd: Mar 31, 2022　　　　　　　　　　　　　　Form ID: 318　　　　　　　　　　　　　　Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol　Definition**

+ 　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ 　　　Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yeanette A. Smythe, 7356 Torresdale Avenue, Philadelphia, PA 19136-4104 |
| 14636496 | ++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287 address filed with court:, Ar Resources Inc, Pob 1056, Blue Bell, PA 19422 |
| 14641619 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14648105 | | Emergency Care Services of PA, P.C., PO Box 1123, Minneapolis, MN 55440-1123 |
| 14636501 | + | Housing and Urban Development, c/o Novad Management, Attn.: PARTIAL CLAIM CASH MANAGEMENT, 2401 NW 23RD STREET, SUITE 1A1, OKLAHOMA CITY, OK 73107-2448 |
| 14636502 | | LVNV Funding LLC, c/o Resurgent Capital, Greenville, SC 29602 |
| 14636506 | | Synchrony Bank, 4125 Windy Plaza Drive, Alpharetta, GA 30005 |
| 14655116 | + | U.S. Department of Housing and Urban Development, 100 Penn Square East 11th Floor, Philadelphia, PA 19107-3325 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 31 2022 23:41:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Apr 01 2022 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 31 2022 23:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 31 2022 23:41:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14636496 | | Email/Text: collectors@arresourcesinc.com | Mar 31 2022 23:41:00 | Ar Resources Inc, Pob 1056, Blue Bell, PA 19422 |
| 14650887 | | Email/Text: megan.harper@phila.gov | Mar 31 2022 23:41:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14636498 | | Email/Text: megan.harper@phila.gov | Mar 31 2022 23:41:00 | City of Philadelphia, C/O Law Department, 1401 JFK Blvd, 5th Floor, Philadelphia, PA 19102 |
| 14636497 | + | EDI: CITICORP.COM | Apr 01 2022 03:43:00 | Citicards Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14636499 | | EDI: DISCOVER.COM | Apr 01 2022 03:43:00 | Discover Bank, 6500 New Albany Road, New Albany, OH 43054 |
| 14639562 | | EDI: DISCOVER.COM | Apr 01 2022 03:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 14636500 | + | EDI: DISCOVER.COM | Apr 01 2022 03:43:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, |

Case 21-12539-amc    Doc 41    Filed 04/02/22    Entered 04/03/22 00:28:45    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 31, 2022 | Form ID: 318 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| | | | | DE 19850-5316 |
| 14648665 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 31 2022 23:41:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14636503 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 31 2022 23:41:00 | Nationstar/mr Cooper, 350 Highland, Houston, TX 77009-6623 |
| 14649664 | | EDI: PRA.COM | Apr 01 2022 03:43:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14636504 | + | EDI: PRA.COM | Apr 01 2022 03:43:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 14636505 | + | EDI: RMSC.COM | Apr 01 2022 03:43:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 14650515 | + | EDI: RMSC.COM | Apr 01 2022 03:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14636507 | | EDI: WFFC.COM | Apr 01 2022 03:43:00 | Wells Fargo Bank, Credit Bureau Dispute Resoluti, Des Moines, IA 50306 |
| 14645907 | | EDI: WFFC.COM | Apr 01 2022 03:43:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14649959 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2022        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GARY F. SEITZ | on behalf of Trustee GARY F. SEITZ gseitz@gsbblaw.com gfs@trustesolutions.net |
| GARY F. SEITZ | gseitz@gsbblaw.com gfs@trustesolutions.net |
| JOSEPH A DIORIO | on behalf of Debtor Yeanette A. Smythe josephdiorioesq@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 31, 2022 | Form ID: 318 | Total Noticed: 25 |

REBECCA ANN SOLARZ     on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com  rsolarz@kmllawgroup.com

United States Trustee     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Yeanette A. Smythe<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3855<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of Pennsylvania | | |
| Case number:   21–12539–amc | | |

# Order of Discharge                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Yeanette A. Smythe
aka Jeanette Acosta, aka Jeanette A. Smythe

3/31/22                                                        **By the court:**   Ashely M. Chan
                                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                          **Order of Discharge**                          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**