**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                  Chapter 7

YEANETTE SMYTHE

                Debtor(s)                    Bankruptcy No. 21-12539 (AMC)

_____

CERTIFICATE OF SERVICE

JOSEPH A. DIORIO, ESQUIRE certifies and says:

1. I am counsel to the Debtor;

2. Pursuant to Federal Rule of Bankruptcy Procedure 7004h, I served a copy of the within Motion and Notice of Continued hearing date on April 21, 2022

Jane Fraser
Chief Executive Officer
Citibank, a division of Citigroup
Citigroup Corporation Law Department
388 Greenwich Street
New York, NY 10013

Via Certified Mail, return receipt requested and US Mail first class

April 21, 2022

/s/ JOSEPH A. DIORIO, ESQUIRE
COUNSEL TO THE DEBTOR