**UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                            Chapter 7

YEANETTE SMYTHE

                Debtor(s)              Bankruptcy No. 21-12539 (AMC)

CERTIFICATE OF NO ANSWER OR OBJECTION

JOSEPH DIORIO, ESQUIRE certifies and says:

1. I am counsel to the Movant Yeanette Smythe.

2. I certify that I have not received an answer or objection to the Motion of Yeanette Smythe to avoid the judgment lien of Citibank.

3. I ask that the Court enter the Order as appended to the Motion.

I CERTIFY THAT THE ABOVE IS TRUE, CORRECT AND TO THE BEST OF MY KNOWLEDGE.
I UNDERSTAND THAT IF I MISREPRESENT THE TRUTH I AM SUBJECT TO PUNISHMENT.


May 23, 2022                                                    /s/ JOSEPH DIORIO

                                                                                      JOSEPH A. DIORIO, ESQUIRE