UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Chapter 7

YEANETTE SMYTHE

        Debtor(s)  Bankruptcy No. 21-12539 (AMC)

_____

ORDER

    AND NOW, this _____ day of _____ upon consideration of the Motion of the Debtor to avoid the judgment lien of Citibank and

    And because the extent of the impairment of the exemption is $ 4,502.35, which is less than the entire value of the lien, $ 4,725.00,

    IT IS HEREBY ORDERED THAT Respondent's lien is avoided in the amount of $ 4,502.35 and the balance of $247.65 shall remain as a lien on the property located at 7356 Torresdale Avenue, Philadelphia, PA., effective only upon entry of the Debtor's discharge.

BY THE COURT

**Date: June 8, 2022**

_____
CHAN, U.S.B.J.